UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-01025-CV (SKx) | Date December 12, 2025 |
| Title *Marquis Scott v. United States of America* | |

Present: The Honorable Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** (IN CHAMBERS)

On February 6, 2025, the Court issued a Reassignment Order vacating the pretrial conference, trial date, motion hearings, and scheduling conferences in this action. Doc. # 35 ¶¶ 8–10. The Reassignment Order left all discovery cutoff dates and other deadlines associated with this case in effect. *Id.* ¶ 7.

The parties have not submitted the pretrial filings required ahead of the final pretrial conference, even though such filings were due on April 25 and May 2, 2025. Doc. # 23 at 18. Accordingly, the Court ORDERS Plaintiff to show cause, in writing and within **seven (7) days of this Order**, why this action should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962). Failure to respond may result in dismissal for failure to prosecute and for failure to comply with a court order. *Id.*

**IT IS SO ORDERED.**